# United States District Court
## WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

VICTORIA FERRINGTON,

       v.                              CASE NUMBER: C09-5372 RBL

PHONE DIRECTORIES COMPANY, INC., and
PHONE DIRECTORIES COMPANY, LP.,


[ √ ]   **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

Defendants' Motion to Transfer is hereby GRANTED, and the Court transfers this action to the U.S. District Court for the District of Utah, Central Division.

.

*DATED :* August 25, 2009

                                                        BRUCE  RIFKIN
                                         *Clerk*


                                                   /s/   Jean Boring
                                         *(By) Deputy Clerk*, Jean Boring